UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER T. FLORIO,<br><br>      Plaintiff,<br><br>vs.<br><br>VISTA PACIFIC HOLDINGS, etc., *et al.*,<br><br>      Defendant, | 2:11-cv-1991-KJD-RJJ<br><br>O R D E R |

    This matter is before the Court on the proposed Discovery Plan/Scheduling Order (#57) filed by the Plaintiff, Jennifer T. Florio.

    The Court having reviewed the proposed Discovery Plan/Scheduling Order (#57) finds that it is not jointly filed as required by the rules. Additionally, the Court finds that discovery in this case has been stayed. *See*, Order (#54). Good cause appearing therefore,

    IT IS HEREBY ORDERED that the proposed Discovery Plan/Scheduling Order (#57) filed by the Plaintiff, Jennifer T. Florio is **DENIED.**

    DATED this  25th  day of April, 2012.

                                                ROBERT J. JOHNSTON<br>
                                                United States Magistrate Judge