UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JENNIFER T. FLORIO, | ) | |
| Plaintiff, | ) | 2:11-cv-1991-KJD-RJJ |
| vs. | ) | |
| VISTA PACIFIC HOLDINGS, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on the proposed Discovery Plan/Scheduling Order (#57) filed by the Plaintiff, Jennifer T. Florio.

The Court having reviewed the proposed Discovery Plan/Scheduling Order (#57) finds that it is not jointly filed as required by the rules. Additionally, the Court finds that discovery in this case has been stayed. *See*, Order (#54). Good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan/Scheduling Order (#57) filed by the Plaintiff, Jennifer T. Florio is **DENIED.**

DATED this  25th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge